AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 19 2018

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-18-2140-M |
| Cesar Edgardo CONTRERAS-CRUZ<br>DOB: 1997, Citizenship: Mexico | ) ) ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 18, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 USC 5332 | Knowingly and intentionally concealed over $10,000.00, that is approximately $25,000.00 in United States Currency, on the person of such individual or in any conveyance, in any article of luggage, merchandise or container with the intent to evade a currency reporting requirement, and attempt to transport or transfer said currency from a place within the United Mexican States to a place inside the United States. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by [signature] AUSA

_____
Complainant's signature

Lori L. Pendergrass, HSI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/19/2018

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

## Attachment "A"

On October 18, 2018, Customs and Border Protection (CBP), were conducting operations at the Pharr Port of Entry (POE) when they encountered a Ford F150 bearing Mexico plates ZXZ039K attempting to enter the United States. The vehicle was driven by Cesar Edgardo CONTRERAS-CRUZ. During the inspection, CBP Officers received a negative declaration from CONTRERAS-CRUZ for firearms, ammunition or currency over $10,000.00. CONTRERAS-CRUZ declared $100 United States Dollars (USD). CONTRERAS-CRUZ was referred to secondary for an intensive examination. During the secondary inspection, CBP Officers conducted a K9 search of the vehicle and at this time CONTRERAS-CRUZ freely stated there was money concealed in the tool box located in the bed of the pickup truck. CBP Officers discovered bundles of currency concealed underneath a mat inside the tool box. The total amount of U.S. Currency concealed in the tool box was approximately $25,000.00.

Homeland Security Investigations (HSI), Special Agents (SA) and HSI Task Force Officers (TFOs) responded to the Pharr, POE to interview CONTRERAS-CRUZ. CONTRERAS-CRUZ was read his Miranda Rights, in Spanish, and subsequently waived his rights, both orally and in writing.

CONTRERAS-CRUZ freely stated that he was aware that the vehicle he was operating had currency concealed inside the tool box located in the bed of the pickup truck. CONTRERAS-CRUZ stated post Miranda that he knew he had more than $10,000 in the vehicle and that he has made previous money trips in the past. CONTRERAS-CRUZ further stated that he knew the money originated from illicit activities and is aware of the currency reporting requirements. CONTRERAS-CRUZ specifically concealed the currency to avoid the currency reporting requirements.